# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# CASE NO. 2:17-CV-14115-RLR

JAMES ALDERMAN,

     Plaintiff,

v.

UNITED COLLECTION SERVICE, INC.,

     Defendant.

_____/

## ORDER CLOSING CASE

This cause is before the Court on Plaintiff's Stipulation of Dismissal at docket entry 6.  In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1.     The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2.     All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 17th day of May, 2017.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record